26175.   STARK v. HANEY.

NICHOLS, Justice. This appeal is from a judgment of the trial court rendered after hearing evidence in a declaratory judgment case involving title to land. No transcript of the evidence adduced at such hearing was made or transmitted to this court. The sole enumeration of error requires a consideration of the facts presented at such hearing and in the absence of such transcript it must be assumed that under the evidence adduced the judgment was authorized. Compare *Terry v. Warner Robins Supply Co.,* 225 Ga. 5 (2) (165 SE2d 731); *DeRose v. Holcomb,* 226 Ga. 289 (1) (174 SE2d 410).

*Judgment affirmed. All the Justices concur.*
ARGUED NOVEMBER 9, 1970—DECIDED DECEMBER 3, 1970—
REHEARING DENIED DECEMBER 17, 1970.

*G. Hughel Harrison, James W. Garner,* for appellants.
*Glyndon C. Pruitt,* for appellee.